No. 78–6664. SARLI *v.* OVERBERG, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 78–6665. PAYNE *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 78–6668. KUDAROSKI *v.* MAZZOLA ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–6669. ANDREWS *v.* OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 78–6670. PERKINS ET UX. *v.* MILLER, SECRETARY OF THE TREASURY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6671. BEGLEY *v.* KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–6676. BRYANT *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 78–6677. FIGUEROA *v.* LEFEVRE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–6678. BLAKENEY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–6679. STEVENSON *v.* CAREY, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–6681. KIRBY *v.* HANBERRY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6683. STODDARD *v.* WEAVER ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–6684. BALDWIN *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.